No. 132. HANNA FURNACE CORP. *v.* UNITED STATES ET AL. October 9, 1944. *Per Curiam:* The motion to affirm is granted and the judgment is affirmed. *United States* v. *Pan American Corp.,* 304 U. S. 156, 158; *United States* v. *Wabash R. Co.,* 321 U. S. 403. *Messrs. Ralph Ulsh, Harry D. Fenske,*

and *James McEvoy, Jr.* for appellant. *Solicitor General Fahy* and *Mr. Daniel W. Knowlton* for the United States et al., appellees.